934 A.2d 1149

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**James Edward HARLEY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 4, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 4th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the Superior Court erred in determining that the expert extrapolation method was appropriate for determining weight of a controlled substance where the amount at issue minimally exceeds the weight required to impose a mandatory sentence.